# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TENNESSEE AT JACKSON, TENNESSEE

**TERRY ABELS as next friend and Guardian Ad Litem for JERRY HUNT,**

      Plaintiff

vs.

No: 1-04-1148

**GENIE INDUSTRIES, INC., DUNCAN ELECTRIC COMPANY and RENTAL SERVICE CORPORATION,**

      Defendants

## ORDER GRANTING MOTION FOR EXTENSION

The defendant, Duncan Electric Company, having filed a motion for an extension of thirty days for filing a responsive pleading, and the Court having determined that the motion should be granted;

It is hereby **ORDERED, ADJUDGED** and **DECREED** that the defendant, Duncan Electric Company, shall have an additional thirty days for filing a responsive pleading to the plaintiff's complaint.

**ENTER:**

_S. Thomas Anderson USMJ_
JUDGE    04-12-05

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 04-18-05

1

**APPROVED FOR ENTRY:**

_____
Reggie E. Keaton  (BPR No: 11021)
**FRANTZ, MCCONNELL & SEYMOUR, LLP**
P.O. Box 39
Knoxville, TN 37901
865-546-9321
Attorney for Defendant, Duncan Electric Service

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the foregoing pleading has been served this 8th day of April, 2005, upon all counsel or parties as listed below at interest in this cause by delivering a true and exact copy to the offices of said counsel or parties or by placing a copy in the United States mail addressed to said counsel or parties at his/her office, with sufficient postage to carry it to its destination, or by special overnight courier.

Bradford D. Box, Esq.
Rainey, Kizer, Reviere & Bell, P.L.C.
209 East Main Street
P. O. Box 1147
Jackson, TN  38302-1147

J. Randolph Bibb, Jr., Esq.
Baker, Donelson, Bearman & Caldwell
211 Commerce Street
Commerce Center
Nashville, TN  37201

William E. Godbold, III, Esq.
Leitner, Williams, Dooley & Napolitan PLLC
801 Broad Street, 3rd Floor
Chattanooga, TN  37402-2621

_____
Reggie E. Keaton
**FRANTZ, McCONNELL & SEYMOUR, LLP**

S:\WDOX\CLIENTS\22\0100912\orders\00126552.DOC

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 28 in case 1:04-CV-01148 was distributed by fax, mail, or direct printing on April 18, 2005 to the parties listed.

---

J. Randolph Bibb
BAKER DONELSON BEARMAN & CALDWELL
211 Commerce St.
Ste. 1000
Nashville, TN 37201

Robert Steve Beal
LAW OFFICES OF STEVE BEAL
22 Monroe Avenue
Lexington, TN 38351

Reggie E. Keaton
FRANTZ McCONNELL & SEYMOUR, LLP
P.O. Box 39
Knoxville, TN 37901

Marty R. Phillips
RAINEY KIZER REVIERE & BELL
209 E. Main St.
Jackson, TN 38302--114

William E. Godbold
LEITNER, WILLIAMS, DOOLEY & NAPOLITAN, PLLC
801 Broad Street
Third Floor
Chattanooga, TN 37402

Sandi L. Pack
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
Commerce Center
Suite 1000
211 Commerce St.
Nashville, TN 37201

Bradford D. Box
RAINEY KIZER REVIERE & BELL
209 E. Main Street
Jackson, TN 38302--114

Charles O. McPherson
LEITNER WILLIAMS DOOLEY & NAPOLITAN
254 Court Ave.
Second Floor
Memphis, TN 38103

Honorable James Todd
US DISTRICT COURT