IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| TERRY ABELS as Next Friend and Guardian Ad Litem for JERRY HUNT, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | NO.: 04-1148-T-An |
| GENIE INDUSTRIES, INC., DUNCAN ELECTRIC COMPANY, and RENTAL SERVICE CORPORATION (ALSO KNOWN AS RSC), | ) ) ) ) ) ) | |
| Defendants. | ) | |

## AGREED AMENDED RULE 16(b) SCHEDULING ORDER

By agreement of the parties, the following dates have been established:

**INITIAL DISCLOSURES (RULE 26(a)(1)):**

    RSC:                      June 15, 2005
    DUNCAN ELECTRIC:   June 15, 2005

Both Plaintiff and Defendant Genie Industries, Inc. have previously provided Initial Disclosures and copies of those disclosures will be made available to the new parties.

The parties shall proceed with the exchange of Interrogatories and Request for Production of Documents. Responses to written discovery shall be served within 45 days from receipt.

DEADLINE FOR MOTION FOR CHANGE OF VENUE:

    FOR DEFENDANTS:    May 2, 2005

DEADLINE TO FILE A RESPONSE TO SUCH MOTION:

    FOR PLAINTIFF:      June 2, 2005

1

All other scheduling deadlines will be held in abeyance until an Order is entered on any Defendant's Motion to Dismiss or transfer.

**IT IS SO ORDERED.**

*S. Thomas Anderson*
S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: May 17, 2005

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 38 in case 1:04-CV-01148 was distributed by fax, mail, or direct printing on May 18, 2005 to the parties listed.

---

Robert Steve Beal
LAW OFFICES OF STEVE BEAL
22 Monroe Avenue
Lexington, TN 38351

Marty R. Phillips
RAINEY KIZER REVIERE & BELL
209 E. Main St.
Jackson, TN 38302--114

J. Randolph Bibb
BAKER DONELSON BEARMAN & CALDWELL
211 Commerce St.
Ste. 1000
Nashville, TN 37201

Charles O. McPherson
LEITNER WILLIAMS DOOLEY & NAPOLITAN
254 Court Ave.
Second Floor
Memphis, TN 38103

Reggie E. Keaton
FRANTZ McCONNELL & SEYMOUR, LLP
P.O. Box 39
Knoxville, TN 37901

Sandi L. Pack
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
Commerce Center
Suite 1000
211 Commerce St.
Nashville, TN 37201

William E. Godbold
LEITNER, WILLIAMS, DOOLEY & NAPOLITAN, PLLC
801 Broad Street
Third Floor
Chattanooga, TN 37402

Bradford D. Box
RAINEY KIZER REVIERE & BELL
209 E. Main Street
Jackson, TN 38302--114

Honorable James Todd
US DISTRICT COURT