07058-57659(BDB)

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

**TERRY ABELS as Next Friend and
Guardian Ad Litem for JERRY HUNT,**

Plaintiff,

vs.

**GENIE INDUSTRIES, INC.,
DUNCAN ELECTRIC COMPANY, AND
RENTAL SERVICE CORPORATION
(ALSO KNOWN AS RSC),**

No. 1-04-1148
Judge Todd
Magistrate Judge Anderson
JURY DEMANDED

Defendants.

## AGREED ORDER CORRECTING PROPER PARTY DEFENDANT

The parties to this cause have advised the Court that Duncan Electric Company is a division of White Electrical Construction Co., that White Electrical Construction Co. is the correct name of Duncan Electric Company, and that the pleadings should be amended to properly reflect White Electrical Construction Co. as a party defendant.

IT IS, THEREFORE, ORDERED that the Amended Complaint in this cause be amended to include and incorporate White Electrical Construction Co. in any and all references therein to Duncan Electric Company, so as to state "White Electrical Construction Co.;" that any and all allegations against or referring to Duncan Electrical Construction Company in the Amended Complaint shall be considered to be equally applicable to and to have been made against or refer to White Electrical Construction Co. as if originally stated therein; and that the amended references to White Electrical

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on  7/29/05

07058-57659(BDB)

Construction Co. in the Amended Complaint also be incorporated therein to any and all pleadings which reference or mention the Amended Complaint.

IT IS FURTHER ORDERED that service of process upon White Electrical Construction Co. has been properly made through personal service upon Duncan Electric Company.

ENTERED this 28th day of July, 2005.

_James D. Todd_
JUDGE

APPROVED FOR ENTRY:

RAINEY, KIZER, REVIERE & BELL, P.L.C.

By: _Marty R Phillips by Bradford Box w/ per_
MARTY R. PHILLIPS, (BPR #14990)
BRADFORD D. BOX, (BPR #16596) BPR 23026
Attorneys for Plaintiff
209 East Main Street
Post Office Box 1147
Jackson, TN 38302-1147
(731) 423-2414

STEVE BEAL (BPR #007297)
Attorney for Plaintiff
22 Monroe Street
Lexington, TN 38351-2135
(731) 968-9077

07058-57659(BDB)

*William E Godbold* by *Sean* w/ perm
WILLIAM E. GODBOLD III (BPR# 4565)  BPR 23061
SEAN W. MARTIN (BPR# 20870)
Leitner, Williams, Dooley & Napolitan, PLLC
801 Broad Street, Third Floor
Chattanooga, TN 37402
*Attorney for Rental Service Corporation*

MOLLY GLOVER (BPR# 16113)
Leitner, Williams, Dooley & Napolitan, PLLC
254 Court Avenue, Second Floor
Memphis, TN 38103
*Attorney for Rental Service Corporation*

*J Randolph Bibb* by *Sean* w/ perm
J. RANDOLPH BIBB, JR. (BPR# 9350)  BPR 23061
Baker, Donelson, Bearman, Caldwell & Berkowitz
211 Commerce Street, Suite 1000
Commerce Center
Chattanooga, TN 37201
*Attorney for Genie Industries, Inc.*

*Reggie Keaton* by *Sean* w/ perm
REGGIE E. KEATON (BPR# 11021)  BPR 23061
Franz, McConnell & Seymour
550 Main Avenue, Suite 500
P.O. Box 39
Knoxville, TN 37901-0039
*Attorney for White Electrical Construction Company and Duncan Electric Company*

3


UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 43 in case 1:04-CV-01148 was distributed by fax, mail, or direct printing on July 29, 2005 to the parties listed.

---

Marty R. Phillips
RAINEY KIZER REVIERE & BELL
209 E. Main St.
Jackson, TN 38302--114

Sandi L. Pack
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
Commerce Center
Suite 1000
211 Commerce St.
Nashville, TN 37201

Charles O. McPherson
LEITNER WILLIAMS DOOLEY & NAPOLITAN
254 Court Ave.
Second Floor
Memphis, TN 38103

Reggie E. Keaton
FRANTZ McCONNELL & SEYMOUR, LLP
P.O. Box 39
Knoxville, TN 37901

William E. Godbold
LEITNER, WILLIAMS, DOOLEY & NAPOLITAN, PLLC
801 Broad Street
Third Floor
Chattanooga, TN 37402

Bradford D. Box
RAINEY KIZER REVIERE & BELL
209 E. Main Street
Jackson, TN 38302--114

J. Randolph Bibb
BAKER DONELSON BEARMAN & CALDWELL
211 Commerce St.
Ste. 1000
Nashville, TN 37201

Robert Steve Beal
LAW OFFICES OF STEVE BEAL
22 Monroe Avenue
Lexington, TN 38351

Honorable James Todd
US DISTRICT COURT