# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

TERRY ABELS as Next Friend and
Guardian Ad Litem for JERRY HUNT,

    Plaintiff,

Vs.

GENIE INDUSTRIES, INC.,
WHITE ELECTRICAL CONSTRUCTION CO.,
AND RENTAL SERVICE CORPORATION
(ALSO KNOWN AS RSC),

    Defendants.

NO. 1-04-1148
Judge Todd
Magistrate Judge Anderson
JURY DEMANDED

## ORDER ALLOWING SUBSTITUTION OF COUNSEL FOR THE DEFENDANT, WHITE ELECTRICAL CONSTRUCTION CO.

Comes now the Defendant, White Electrical Construction Co., and announces to the Court that Robert D. Flynn with the Law Firm of Spicer, Flynn & Rudstrom, PLLC, should be substituted as counsel of record in this cause and placed instead of Reggie E. Keaton with the Law Firm of Frantz, McConnell & Seymour. This Defendant respectfully requests that the Court's records be noted as to this change of counsel.

IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED that Robert D. Flynn with the Law Firm of Spicer, Flynn & Rudstrom, PLLC be, same hereby is, substituted in the stead of Reggie E. Keaton of the Law Firm of Frantz, McConnell & Seymour as counsel of record for the Defendant, White Electrical Construction Co.

Entered this the 19th day of August, 2005.

_____
HONORABLE JAMES D. TODD

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on 08-22-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 47 in case 1:04-CV-01148 was distributed by fax, mail, or direct printing on August 22, 2005 to the parties listed.

---

Charles O. McPherson
LEITNER WILLIAMS DOOLEY & NAPOLITAN
254 Court Ave.
Second Floor
Memphis, TN 38103

Robert Steve Beal
LAW OFFICES OF STEVE BEAL
22 Monroe Avenue
Lexington, TN 38351

J. Randolph Bibb
BAKER DONELSON BEARMAN & CALDWELL
211 Commerce St.
Ste. 1000
Nashville, TN 37201

William E. Godbold
LEITNER, WILLIAMS, DOOLEY & NAPOLITAN, PLLC
801 Broad Street
Third Floor
Chattanooga, TN 37402

Sandi L. Pack
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
Commerce Center
Suite 1000
211 Commerce St.
Nashville, TN 37201

Marty R. Phillips
RAINEY KIZER REVIERE & BELL
209 E. Main St.
Jackson, TN 38302--114

Reggie E. Keaton
FRANTZ McCONNELL & SEYMOUR, LLP
P.O. Box 39
Knoxville, TN 37901

Robert D. Flynn
SPICER FLYNN & RUDSTROM
80 Monroe Ave.
Ste. 500
Memphis, TN 38103--246

Bradford D. Box
RAINEY KIZER REVIERE & BELL
209 E. Main Street
Jackson, TN 38302--114

Honorable James Todd
US DISTRICT COURT