07058-57659(BDB)

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION**

TERRY ABELS as Next Friend and
Guardian Ad Litem for JERRY HUNT,

        Plaintiff,

vs.

GENIE INDUSTRIES, INC.,

        Defendant.

No. 1-04-1148
Judge Todd
Magistrate Judge Anderson
JURY DEMANDED

---

## AMENDED AGREED RULE 16(b) SCHEDULING ORDER

Pursuant to the scheduling conference set by written notice, the following dates are established as the final dates for:

**INITIAL DISCLOSURES (Rule 26(a)(1)):**      October 18, 2005

**JOINING PARTIES:**

for Plaintiff:      December 2, 2005
for Defendant:      January 4, 2006

**AMENDING PLEADINGS:**

for Plaintiff:      December 2, 2005
for Defendant:      January 4, 2006

**COMPLETING ALL DISCOVERY:**      June 2, 2006

(a)    **REQUESTS FOR PRODUCTION, INTERROGATORIES and REQUESTS FOR ADMISSIONS:**      June 2, 2006

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on _____

07058-57659(BDB)

(b)   **EXPERT DISCLOSURE (Rule 26(a)(2)):**

|      |                                      |                  |
|------|--------------------------------------|------------------|
| (i)  | Plaintiff's Experts:                 | January 3, 2006  |
| (ii) | Defendants' Experts:                 | March 1, 2006    |
| (iii)| Supplementation under Rule 26(e):    | March 15, 2006   |

(c)   **DEPOSITIONS OF EXPERTS:**          June 2, 2006

**FILING DISPOSITIVE MOTIONS:**          July 24, 2006

**FINAL LISTS OF WITNESSES AND EXHIBITS (Rule 26(a)(3)):**

|      |                |                     |
|------|----------------|---------------------|
| (a)  | for Plaintiff: | September 8, 2006   |
| (b)  | for Defendant: | September 22, 2006  |

Parties shall have 10 days after service of final lists of witnesses and exhibits to file objections under Rule 26(a)(3).

The trial of this matter is expected to last _4_ days and is **SET** for **JURY TRIAL** on **October 23, 2006, at 9:30 A.M.** A joint pretrial order is due on October 13, 2006. In the event the parties are unable to agree on a joint pretrial order, the parties must notify the court at least ten days before trial.

**OTHER RELEVANT MATTERS:**

Interrogatories, Requests for Production and Requests for Admissions must be submitted to the opposing party in sufficient time for the opposing party to respond by the deadline for completion of discovery. For example, if the FRCP allow 30 days for a party to respond, then the discovery must be submitted at least 30 days prior to the deadline for completion of discovery.

Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or service of the response, answer, or objection which is the subject of the motion if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or any objection to the default, response, or answer shall be waived.

The parties are reminded that pursuant to Local Rule 7(a)(1)(A) and (a)(1)(B), all motions, except motions pursuant to FRCP 12, 56, 59, and 60, shall be accompanied by a proposed Order and a Certificate of Consultation.

The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the court. If a party believes that

07058-57659(BDB)

a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

The parties may consent to trial before the Magistrate Judge. The Magistrate Judge can normally provide the parties with a definite trial date that will not be continued unless a continuance is agreed to by all parties, or an emergency arises which precludes the matter from proceeding to trial.

**The parties are encouraged to engage in court-annexed attorney mediation or private mediation <u>on or before the close of discovery</u>.**

This order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this Order will not be modified or extended.

**IT IS SO ORDERED.**

S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

DATE: September 26, 2005

3

07058-57659(BDB)

APPROVED FOR ENTRY:

_Bradford D. Box_

MARTY R. PHILLIPS, (BPR #14990)
BRADFORD D. BOX, (BPR #16596)
Post Office Box 1147
Jackson, TN  38302-1147
(731) 423-2414

STEVE BEAL (BPR #7297)
Attorney for Plaintiff
22 Monroe Street
Lexington, TN  38351-2135
(731) 968-9077
*Attorneys for Plaintiff*


_Randy Bibb by BDB w/permission_

J. RANDOLPH BIBB, JR. (BPR #9350)
Baker, Donelson, Bearman, Caldwell & Berkowitz
Commerce Center
Suite 1000, 211 Commerce Street
Nashville, TN 37201
*Attorney for Defendant Genie Industries, Inc.*


_Bill Godbold by Brad Box w/permission_

WILLIAM E. GODBOLD III (BPR #4565)
Leitner, Williams, Dooley & Napolitan, PLLC
801 Broad Street, Third Floor
Chattanooga, TN 37402

MOLLY GLOVER (BPR #16113)
Leitner, Williams, Dooley & Napolitan, PLLC
254 Court Avenue, Second Floor
Memphis, TN 38103
*Attorneys for Rental Service Corporation*


_Bob Flynn by BDB w/permission_

ROBERT D. FLYNN (BPR #7941)
Spicer, Flynn & Rudstrom
Brinkley Plaza
80 Monroe Avenue, Suite 500
Memphis, TN 38103-2465
*Attorney for White Electrical Construction Co.*

4

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 52 in case 1:04-CV-01148 was distributed by fax, mail, or direct printing on September 27, 2005 to the parties listed.

---

Robert Steve Beal
LAW OFFICES OF STEVE BEAL
22 Monroe Avenue
Lexington, TN 38351

Bradford D. Box
RAINEY KIZER REVIERE & BELL
209 E. Main Street
Jackson, TN 38302--114

Marty R. Phillips
RAINEY KIZER REVIERE & BELL
209 E. Main St.
Jackson, TN 38302--114

J. Randolph Bibb
BAKER DONELSON BEARMAN & CALDWELL
211 Commerce St.
Ste. 1000
Nashville, TN 37201

Sandi L. Pack
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
Commerce Center
Suite 1000
211 Commerce St.
Nashville, TN 37201

Charles O. McPherson
LEITNER WILLIAMS DOOLEY & NAPOLITAN
254 Court Ave.
Second Floor
Memphis, TN 38103

William E. Godbold
LEITNER, WILLIAMS, DOOLEY & NAPOLITAN, PLLC
801 Broad Street
Third Floor
Chattanooga, TN 37402

Robert D. Flynn
SPICER FLYNN & RUDSTROM
80 Monroe Ave.
Ste. 500
Memphis, TN 38103--246

Honorable James Todd
US DISTRICT COURT