IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

---

TERRY ABELS, as Next Friend and
Guardian Ad Litem for JERRY HUNT,

    Plaintiff,

vs.

GENIE INDUSTRIES, INC.,
DUNCAN ELECTRIC COMPANY, and
RENTAL SERVICE CORPORATION
(also known as RSC),

    Defendants.

No. 1-04-1148
Judge Todd
Magistrate Judge Anderson
JURY DEMANDED

---

### ORDER ALLOWING SUBSTITUTION OF COUNSEL FOR THE DEFENDANT, RENTAL SERVICE CORPORATION

---

COMES NOW the Defendant, Rental Service Corporation, and announces to the Court that Molly Glover with Leitner, Williams, Dooley & Napolitan, PLLC, should be substituted as counsel of record in this cause in place of Charles O. McPherson. This Defendant has respectfully requested that the Court's records be noted as to this change of counsel.

IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED that Molly Glover with Leitner, Williams, Dooley & Napolitan, PLLC be, and hereby is, substituted as counsel of record in place of Charles O. McPherson for the Defendant, Rental Service Corporation.

---

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on __10-04-05__

1

Entered this the 3rd day of October, 2005.

_James D. Todd_
HONORABLE JAMES D. TODD

APPROVED FOR ENTRY:

LEITNER, WILLIAMS, DOOLEY & NAPOLITIAN, PLLC

By: _____
Molly Glover (BPR #16113)
Attorney for RSC
254 Court Ave., Second Floor
Memphis, TN 38103
(901) 527-0214/ (901) 527-8224 FAX

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing instrument has been served on the following, via U.S. Mail, postage prepaid on this ____ day of _____, 2005.

        Marty R. Phillips
        Bradford D. Box
        Rainey, Kizer, Reviere & Bell, PLC
        209 East Main St.
        P.O. Box 1146
        Jackson, TN 38302-1147

        Steve Beal
        Rainey, Kizer, Reviere & Bell, PLC
        22 Monroe St.
        Lexington, TN 38351-2135

        J. Randolph Bibb, Jr.
        Baker, Donelson, Bearman, Caldwell & Berkowitz
        Commerce Center, Suite 100
        211 Commerce Street
        Nashville, TN 37201

        Robert D. Flynn
        Spicer, Flynn & Rudstrom
        80 Monroe Ave., Ste. 500
        Memphis, TN 38103

_____
Molly Glover

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 54 in case 1:04-CV-01148 was distributed by fax, mail, or direct printing on October 4, 2005 to the parties listed.

---

Bradford D. Box
RAINEY KIZER REVIERE & BELL
209 E. Main Street
Jackson, TN 38302--114

Robert Steve Beal
LAW OFFICES OF STEVE BEAL
22 Monroe Avenue
Lexington, TN 38351

William E. Godbold
LEITNER, WILLIAMS, DOOLEY & NAPOLITAN, PLLC
801 Broad Street
Third Floor
Chattanooga, TN 37402

Marty R. Phillips
RAINEY KIZER REVIERE & BELL
209 E. Main St.
Jackson, TN 38302--114

Sandi L. Pack
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
Commerce Center
Suite 1000
211 Commerce St.
Nashville, TN 37201

Molly Glover
254 Court Ave.
Memphis, TN 38103

J. Randolph Bibb
BAKER DONELSON BEARMAN & CALDWELL
211 Commerce St.
Ste. 1000
Nashville, TN 37201

Charles O. McPherson
LEITNER WILLIAMS DOOLEY & NAPOLITAN
254 Court Ave.
Second Floor
Memphis, TN 38103

Robert D. Flynn
SPICER FLYNN & RUDSTROM
80 Monroe Ave.
Ste. 500
Memphis, TN 38103--246

Honorable James Todd
US DISTRICT COURT