IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| TERRY ABELS, as Next Friend and Guardian ad Litem for JERRY HUNT, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | NO. 04-1148 T/An |
| GENIE INDUSTRIES, INC., et al., ) ) | |
| Defendants. ) | |

### ORDER GRANTING IN PART AND DENYING IN PART JOINT MOTION TO VACATE AMENDED AGREED RULE 16(b) SCHEDULING ORDER AND REQUEST FOR CONTINUANCE OF TRIAL

Before the Court is the parties' Joint Motion to Vacate Amended Agreed Rule 16(b) Scheduling Order and Request for Continuance of Trial Date filed on November 22, 2005. For good cause shown, the motion is **GRANTED** in part and **DENIED** in part.

The Scheduling Order shall be vacated. The trial date, however, shall remain in effect at this time. Counsel shall notify the Court when the issues certified to the Tennessee Supreme Court have been resolved by that Court and a new Scheduling Order shall be developed and entered at that time. The Court will consider at that time whether it is necessary and appropriate to continue the trial date currently set. If the Tennessee Supreme Court has not resolved the questions certified to it by June 1, 2006, Counsel shall be allowed to renew their motion to continue trial if they so desire.

**IT IS SO ORDERED.**

S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 12-09-05

Date: December 05, 2005

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 62 in case 1:04-CV-01148 was distributed by fax, mail, or direct printing on December 9, 2005 to the parties listed.

---

Marty R. Phillips
RAINEY KIZER REVIERE & BELL
209 E. Main St.
Jackson, TN 38302--114

Robert D. Flynn
SPICER FLYNN & RUDSTROM
80 Monroe Ave.
Ste. 500
Memphis, TN 38103--246

Robert Steve Beal
LAW OFFICES OF STEVE BEAL
22 Monroe Avenue
Lexington, TN 38351

William E. Godbold
LEITNER, WILLIAMS, DOOLEY & NAPOLITAN, PLLC
801 Broad Street
Third Floor
Chattanooga, TN 37402

Sandi L. Pack
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
Commerce Center
Suite 1000
211 Commerce St.
Nashville, TN 37201

Molly Glover
254 Court Ave.
Memphis, TN 38103

J. Randolph Bibb
BAKER DONELSON BEARMAN & CALDWELL
211 Commerce St.
Ste. 1000
Nashville, TN 37201

Bradford D. Box
RAINEY KIZER REVIERE & BELL
209 E. Main Street
Jackson, TN 38302--114

Honorable James Todd
US DISTRICT COURT